AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
### MIDDLE DISTRICT OF PENNSYLVANIA

Darian Renard Tensley )
_Petitioner_ )
)
v. ) Case No. 3:15-CV-1425
) (Supplied by Clerk of Court)
U.S. Bureau of Prisons; U.S.P. )
Allenwood; Warden Oddo; Jane )
or John Doe. )
_Respondent_ )
(name of warden or authorized person having custody of petitioner)

**FILED**
**HARRISBURG, PA**
**JUL 23 2015**
MARIA E. ELKINS, CLERK
Per _____

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Darian Renard Tensley
   (b) Other names you have used: Drac
2. Place of confinement:
   (a) Name of institution: U.S.P. Allenwood
   (b) Address: P.O. Box - 3000; White Deer PA  17887
   (c) Your identification number: # 41138-018
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court, Middle District of Florida
   (b) Docket number of criminal case: 8:03-CR-277-T-23TBM
   (c) Date of sentencing: February 9, 2004
   ☐ Being held on an immigration charge
   ☒ Other (explain): Petitioner is now being held in violation of the Constitution and Laws of the United States as a result of an unconstitutional career offender penalty.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other (explain): __The execution of the career offender penalty part of Petitioner's sentence is unconstitutional. But for such execution Petitioner would be at liberty.__

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: __United States Bureau of Prisons U.S.P. Allenwood; P.O. Box 3000; White Deer PA, 17887__

   (b) Docket number, case number, or opinion number: __N/A__

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Whether the respondent, Bureau of Prisons, and it's liaison, U.S.P. Allenwood should be ordered to discharge Darian Renard Tensley on the grounds of actual innocence.__

   (d) Date of the decision or action: __N/A__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____

    (b) If you answered "No," explain why you did not appeal: <u>That matter just recently became relevant pursuant to Johnson v. Unietd States, No. 13-7120 (June 26, 2015).</u>

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes      ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes      ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes  ☐ No

If "Yes," provide:
(1) Name of court: U.S. District Court, Middle District of Florida
(2) Case number: 8:08CV293
(3) Date of filing: September 28, 2007
(4) Result: Denied
(5) Date of result: September 18, 2008
(6) Issues raised: Ineffective Assistance of Counsel

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: § 2255 is inadequate or ineffective to test the legality of sentence because (1) Tensley claims actual innocence of being a career criminal; and (2) he has not had an unobstructive procedural shot at presenting the instant claim.

Please see attached Memorandum Section I."Jurisdiction."

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes  ☐ No
  If "Yes," provide:
  (1) Date of filing: _____
  (2) Case number: _____
  (3) Result: _____
  (4) Date of result: _____
  (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
  ☐ Yes  ☐ No
  If "Yes," provide:
  (1) Name of court: _____
  (2) Date of filing: _____
  (3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** On the grounds of actual innocence, Petitioner, Darian Renard Tensley should be discharged by writ of habeas corpus.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Please see attached Memorandum

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☒ No

**GROUND TWO:** _____ Reserved for Amendment _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____ Reserved for Amendment _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND FOUR:** Reserved for Amendment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Petitioner prays the court find that he is not a career offender, in light of the recent holding in Johnson, and order the respondent to either show cause why the writ should not be GRANTED or alternatively, discharge him by writ of habeas corpus.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_7/20/2015 08-41138-018_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _7/26/2015_                     _08-41138-018_
                                       *Signature of Petitioner*

                                       _____
                                       *Signature of Attorney or other authorized person, if any*

Darian Tensley-41138-018
United States Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

RECEIVED
HARRISBURG, PA
JUL 23 2015
Per _____
MARIA E. ELKINS, CLERK

JUL 20 2015

MAILED FROM
U.S. PENITENTIARY

⇔41138-018⇔
Ronald Reagan Fed
228 Walnut
Harrisburg, PA 1710
United States